VENABLE LLP
Jean-Paul P. Cart (SBN 267516)
jpcart@venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:    415.653.3750
Facsimile:    415.653.3755

Attorney for Defendant,
PINCHME.COM, INC.

UNITIED STATES DISTRICT COURT

CENTRAL DISTRCIT OF CALIFORNIA

| | |
|---|---|
| SHARON MANIER, individually and on behalf of all those similarly,<br><br>       Plaintiff,<br><br>   v.<br><br>PINCHME.COM, INC.,<br><br>       Defendant. | Case No. 5:25-cv-00557-DTB<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Served: March 12, 2025 |

NOTICE OF SETTLEMENT

1  Defendant PinchMe.com, Inc. ("Defendant") hereby advises the Court that Defendant and
2  Plaintiff Sharon Manier ("Plaintiff") (collectively, the "Parties") have reached an agreement in
3  principle to resolve this matter. The Parties anticipate that Plaintiff will dismiss this case no later
4  than May 23, 2025. In the interim, Plaintiff has agreed not to seek default and that all defenses
5  available to Defendant shall be preserved.

Dated:  May 1, 2025                    VENABLE LLP

                                                        */s/ Jean-Paul P. Cart*
                                                        Jean-Paul P. Cart
                                                        Attorney for Defendant

**VENABLE LLP**
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

NOTICE OF SETTLEMENT